**Entered on Docket
October 30, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2006-BC3
09-76465

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-26339-LBR |
| Martin E. Flores | Date: 10/21/09<br>Time: 10:30am |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2006-BC3, its assignees and/or successors in interest, of the subject property, generally described as 5213 Pondersoa Heights Street, North Las Vegas, NV 89081.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____2009

Submitted by:
**WILDE & ASSOCIATES**

By_____/s/ Gregory L. Wilde_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Martin E. Flores
Attorney for Debtor(s)


APPROVED / DISAPPROVED

_____
James F. Lisowski, Sr.
P.O Box 95695
Las Vegas, NV  89193
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case

_x_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

\_\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    __x__ failed to respond to the document

\_\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    _x_____ failed  to respond to the document

Other Party:_____

\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_\_\_\_\_ failed  to respond to the document

Submitted by:
 _/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor